**Norman W. KIDWELL, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 12836.**

United States Court of Appeals
District of Columbia Circuit.

Argued Feb. 27, 1956.
Decided March 29, 1956.

Mr. Daniel I. Sherry, Washington, D. C. (appointed by the District Court), for appellant.

Mr. E. Tillman Stirling, Asst. U. S. Atty., with whom Messrs. Leo A. Rover, U. S. Atty., Lewis Carroll and Edward O. Fennell, Asst. U. S. Attys., were on the brief, for appellee.

Before BAZELON, WASHINGTON and BASTIAN, Circuit Judges.

PER CURIAM.

Appellant was convicted for unauthorized use of a vehicle, D.C.Code, § 22-2204. There is no error affecting substantial rights.

Affirmed.